**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Trustees of the U.A. Local 393 Pension Fund,        NO. C 05-00439 JW
     et al.

11                                                        **ORDER CONTINUING CASE
                          Plaintiff(s),                   MANAGEMENT CONFERENCE**

12        v.

13   Climate Industrial Engineering Inc., et al.,

14                        Defendant(s).
                                                    /
15

16        Due to the parties' failure to file a timely Joint Case Management statement as required by the

17   Local Rules of Court, the Court hereby vacates the June 13, 2005 conference.  The new case

18   management conference is set for **July 25, 2005 at 10:00 a.m.**  Pursuant to the Local Rules, the parties

19   are to meet and confer, and submit a Joint Case Management Statement no later than July 15, 2005.

20

21   Dated: June 7, 2005                              /s/ James Ware
                                                      JAMES WARE
22                                                    United States District Judge

23

24

25

26

27

28

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Mark S. Renner mrenner@wmjpr.com

**Dated: June 7, 2005**                               **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                            **Ronald L. Davis**
                                                            **Courtroom Deputy**